FILED
April 21, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001783847

Jasmin Nguyen, SBN 233551
Law Offices of Jasmin Nguyen
PO Box 457
Elk Grove, CA 95759
Telephone (916) 300-8064
Facsimili (800) 383-5066

United States Bankruptcy Court

Eastern District of California

Sacramento Division

In re:                              ) Case No.: unknown
                                    )
Ly B. Lai,                          ) SPOUSAL WAIVER OF RIGHT TO
                                    ) CLAIM EXEMPTIONS PURSUANT
         Debtor                     ) TO C.C.P. §703.140(a)(2)
                                    )
                                    ) [No Hearing Required]
                                    )

We, Ly Bich Lai and Anh Huynh, hereby waive the right to claim in any bankruptcy proceeding during the period this case is pending, the exemptions provided by the applicable exemption provisions of the California Code of Civil Procedure, Chapter 4, other than those under C.C.P. §703.140(b).

Dated: 3-12-09

_____
Ly Bich Lai, Filing spouse

Dated: 3-12-09

_____
Anh Huynh, Non-filing spouse